# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2020

## NO. 03-18-00804-CV

### Christopher Novosad d/b/a Creative Kahuna f/k/a TIKI2, Appellant

### v.

### LSG Vodka LLC d/b/a Perspectv Distilling Co., Appellee

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
AFFIRMED IN PART; REVERSED AND RENDERED IN PART, REMANDED --
OPINION BY CHIEF JUSTICE ROSE**

This is an interlocutory appeal from the trial court's order denying appellant's motion to dismiss. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses in part the trial court's order denying Novosad's TCPA motion to dismiss and renders judgment dismissing LSG's claims for tortious interference with prospective business, business disparagement, and defamation to the extent those claims are predicated on Novosad's Facebook comment. The Court affirms the remainder of the order. The Court remands the case to the trial court for further proceedings consistent with this opinion. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.